THE WESTERN & ATLANTIC RAILROAD CO. *v.* TRIMMIER.

The uncontradicted testimony of the servants of the railroad company showing that they did everything that they could to prevent the killing of plaintiff's cow, but that it was impossible to stop the train in time, a recovery by the plaintiff was not warranted.

December 9, 1889.

Railroads.   Negligence.   Evidence.   Before Judge MILNER.   Catoosa superior court.   February term, 1889.

Reported in the decision.

W. H. PAYNE and R. J. McCAMY, for plaintiff in error.

No appearance *contra.*

BLANDFORD, Justice.

This was an action brought in a justice's court by the defendant in error against the railroad company to recover damages for the killing of a cow.   Upon the trial of the case in the court below, the plaintiff showed that her cow had been killed and was found near the track of the railroad company.   The railroad company showed by its witnesses—who were uncontradicted—that they saw the cow a little distance off from the track, when the train was running down grade and very rapidly; that the cow turned and came upon the track, and that everything was done that they could do to prevent the injury, but that it was impossible to stop the train in time to prevent it.

Judgment was rendered in the justice's court against the railroad company; and thereupon the railroad company filed its petition for *certiorari* to the superior court, setting up the facts above stated.   The judge of the superior court dismissed the *certiorari*, and the railroad company excepted.

We think, under the facts of this case, the court below should have sustained the *certiorari*, and we now so order and direct.          *Judgment reversed.*